UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 07-81069-CIV-MIDDLEBROOKS/JOHNSON

ANTHONY FALZARANO,

    Plaintiff,

v.

RETAIL BRAND ALLIANCE, INC.
d/b/a BROOKS BROTHERS,

    Defendant.
_____/



CLOSED CIVIL CASE

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court on the parties' Joint Stipulation of Dismissal with Prejudice ("Joint Stipulation") [DE 21]. The Court has reviewed the file in this case and is otherwise fully advised in the premises. Accordingly, it is

ORDERED AND ADJUDGED that the Joint Stipulation of Dismissal with Prejudice is AFFIRMED. This action is hereby dismissed, with prejudice, with each side to bear its own fees and costs.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 5 day of May, 2008.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to counsel of record